E-FILED 11-18-08
JS-6

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Vernetta Steele,** )<br>            **Plaintiff,** )<br>        v. )<br>**Michael Chertoff, et al.,** )<br>            **Defendants.** ) | **CASE NO. CV 03-2474-GHK (Ex)**<br><br>**JUDGMENT** |

Pursuant to our April 19, 2004, order partially dismissing this case, our May 23, 2008, order granting partial summary judgment, and our November 13, 2008, Findings of Fact and Conclusions of Law, **IT IS HEREBY ADJUDGED** that Defendants shall have judgment against Plaintiff on all claims. Plaintiff shall take nothing by her First Amended Complaint.

**IT IS SO ORDERED.**

DATED: November 18, 2008

_____
GEORGE H. KING
United States District Judge